ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2020 FEB 25  PM 3:41

DEPUTY CLERK___MW___

| UNITED STATES OF AMERICA | No. **4-20CR-052-O** |
|---|---|
| v. | |
| SHARROCCA BLOCKER (01) | |

## INFORMATION

The United States Attorney Charges:

### Count One
Aiding and Assisting in the Preparation
and Presentation of a False and Fraudulent Return
(Violation of 26 U.S.C. § 7206(2))

On or about January 26, 2017, in the Fort Worth Division of the Northern District of Texas, defendant **Sharrocca Blocker**, did knowingly and willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of taxpayer J.Y. for the calendar year 2016, that was false and fraudulent as to a material matter, in that it represented that taxpayer J.Y. was entitled under the Internal Revenue laws to claim a Schedule C business net profit of $15,000 when, as the defendant knew, the taxpayer was not entitled to claim a net profit in the amount claimed.

**Information – Page 1 of 2**

In violation of 26 U.S.C. § 7206(2).

ERIN NEALY COX
UNITED STATES ATTORNEY

*[signature]* for

DOUGLAS A. ALLEN
Assistant United States Attorney
State Bar of Texas No. 24011525
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455